UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK ROSS, individually
and on behalf of similarly situated
persons,

        Plaintiff,

Civil Case No. 20-12994
Honorable Linda V. Parker

v.

SUBCONTRACTING CONCEPTS,
LLC, AUTO-WARES, LLC, and
JOHN DOES 1-10,

        Defendants.
_____/

## JUDGMENT

Plaintiff commenced this lawsuit against the Defendants on November 11, 2020. (ECF No. 1.) In an Opinion and Order entered on this date, the Court grants Defendants' motions to dismiss and compel arbitration (ECF Nos. 11, 12) and denies Plaintiff's Motion for Conditional Certification (ECF No. 22).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 23, 2021